# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

LON CARTER,

          Plaintiff,

  v.

NICK DAWSON, et al.,

          Defendants.

_____/

CASE NO. 1:07-cv-01325-OWW-WMW PC

ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983  Plaintiff filed this action on September 11, 2007.  The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and found that it states cognizable claims against Defendants Dawson and Mendoza- Powers for policies creating unconstitutional conditions of confinement in violation of the Eighth Amendment.[1] Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008).  Accordingly, it is HEREBY ORDERED that:

    1.    Service is appropriate for the following defendants:

        NICK DAWSON

        KATHY MENDOZA-POWERS

---

[1] In a Findings and Recommendations issued concurrently with this Order, the Court recommended that Plaintiff's claims against appeal reviewers, and claims against Defendants Weinstein, Karr, Ndoa and Bear be dismissed.

1

1

2      2.     The Clerk of the Court shall send Plaintiff two USM-285 forms, two summons, a

3             Notice of Submission of Documents form, an instruction sheet and a copy of the

4             complaint filed September 11, 2007.

5      3.     Within **thirty (30) days** from the date of this order, Plaintiff shall complete the

6             attached Notice of Submission of Documents and submit the completed Notice to the

7             Court with the following documents:

8             a.     Completed summons;

9             b.     One completed USM-285 form for each defendant listed above; and

10            c.     Three copies of the endorsed complaint filed September 11, 2007.

11     4.     Plaintiff need not attempt service on Defendants and need not request waiver of

12            service.  Upon receipt of the above-described documents, the Court will direct the

13            United States Marshal to serve the above-named defendants pursuant to Federal Rule

14            of Civil Procedure 4 without payment of costs.

15     5.     The failure to comply with this order will result in a recommendation that this action

16            be dismissed.

17

18   IT IS SO ORDERED.

19   **Dated:     April 3, 2009**              _____**/s/  William M. Wunderlich**_____
                                              UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28

2