IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LON CARTER,

    Plaintiff,                        1: 07 CV 01325 OWW WMW PC

vs.                                ORDER RE: FINDINGS & RECOMMENDATIONS (#8)

NICK DAWSON, et al.,

    Defendants.

       Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

       On April 3, 2009, findings and recommendations were entered, recommending dismissal of certain claims and defendants. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff has not filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on April 3, 2009, are adopted in full; and

2. Plaintiff claims against the appeals reviewers are dismissed.

3. Defendants Weinstein, Karr, Ndoa and Bear are dismissed.

IT IS SO ORDERED.

**Dated:　May 6, 2009**　　　　　　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE