# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LON CARTER,<br><br>               Plaintiff,<br><br>    v.<br><br>NICK DAWSON, et al.,<br><br>               Defendants.<br>_____/ | CASE NO. 1:07-cv-01325-OWW-SMS<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 110)<br><br>THIRTY DAY DEADLINE |

     Plaintiff Lon Carter is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on the complaint, filed September 11, 2007, against Defendants Dawson and Mendoza-Powers for unconstitutional conditions of confinement in violation of the Eighth Amendment. (ECF No. 1.) On July 18, Defendants filed a motion to modify the scheduling order. (ECF No. 110.)

     Accordingly, good cause having been found, it is HEREBY ORDERED that Defendant's motion to amend the scheduling order shall be GRANTED and Defendants shall have thirty (30) days of the date of service of this order to file dispositive motions.

     IT IS SO ORDERED.

**Dated:   August 16, 2011**                      **/s/ Sandra M. Snyder**
                                                          UNITED STATES MAGISTRATE JUDGE