# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LON CARTER,<br><br>         Plaintiff,<br><br>    v.<br><br>NICK DAWSON, et al.,<br><br>         Defendants.<br>_____/ | CASE NO. 1:07-cv-01325-AWI-SMS<br><br>ORDER STRIKING PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION<br><br>(ECF No. 118) |

   Plaintiff Lon Carter is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.   On August 17, 2011, an order issued denying Plaintiff's motion to file a motion to compel, motion for permission to file judicial notice, and motion for judicial notice.  On September 13, 2011, Plaintiff filed a reply to Defendants' opposition to the motions.

   Plaintiff's reply, filed September 13, 2011, shall be stricken as untimely.


   IT IS SO ORDERED.

**Dated:   September 27, 2011**           /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE

1