# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LON CARTER,<br><br>           Plaintiff,<br><br>    v.<br><br>NICK DAWSON, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:07-cv-01325-AWI-BAM PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>(ECF No. 122)<br><br>FIFTEEN DAY DEADLINE |

Plaintiff Lon Carter is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on the complaint, filed September 11, 2007, against Defendants Dawson and Mendoza-Powers for unconstitutional conditions of confinement in violation of the Eighth Amendment. On September 15, 2011, Defendants filed a motion for summary judgment. On October 12, 2011, an order issued granting Plaintiff's motion for an extension of time and ordering that the opposition to the motion for summary judgment be filed within thirty days. More than thirty days have passed and Plaintiff has failed to file an opposition or statement of non-opposition to the motion for summary judgment.

Accordingly, it is HEREBY ORDERED that:

1. Within **fifteen (15) days** from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed, with prejudice, for failure to obey the Court's order; and

2. The failure to respond to this order will result in dismissal of this action, with prejudice.

IT IS SO ORDERED.

Dated:   December 21, 2011            /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE