UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LON CARTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NICK DAWSON, et al.,<br><br>　　　　　Defendants. | Case No.: 1:07-cv-01325-AWI-BAM (PC)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR FEE WAIVER<br><br>(ECF No. 191) |

　　　　Plaintiff Lon Carter ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 6, 2015, the Court dismissed his action. (ECF No. 183.) Plaintiff appealed, but did not pay his fees for that appeal. (ECF No. 187.)

　　　　On April 17, 2015, Plaintiff filed the instant motion for a fee waiver on appeal before this Court. (ECF No. 191.) A few months later, on August 6, 2015, the Ninth Circuit granted Plaintiff leave to proceed in forma pauperis on appeal. (ECF No. 192.) As a result, his motion for the same relief currently pending before this Court is moot.

　　　　For these reasons, IT IS HEREBY ORDERED that Plaintiff's motion for fee waiver (ECF No. 191) is DENIED as moot.

IT IS SO ORDERED.

　　Dated:　__October 16, 2015__　　　　　　__/s/ Barbara A. McAuliffe__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28